U.S. DISTRICT COURT - N.D. OF N.Y.

**FILED**

**Feb 20 - 2026**

John M. Domurad, Clerk

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Donna Boyce Pro Se | ) |
| **Plaintiff(s)** | ) |
| | ) |
| **vs.** | ) |
| | ) |
| Newfield Central School District | ) |
| **Defendant(s)** | ) |

**Civil Case No.:** 3:26-cv-270 (AMN/PJE)

**CIVIL COMPLAINT**
**PURSUANT TO**
**TITLE VII OF THE**
**CIVIL RIGHTS ACT,**
**AS AMENDED**

Plaintiff(s) demand(s) a trial by: ☒ JURY  ☐ COURT  (Select **only** one).

## JURISDICTION

1.  Jurisdiction is conferred on this court pursuant to 42 U.S.C. § 2000e-5.

## PARTIES

2.  Plaintiff: Donna Boyce Pro Se

    Address: PO BOX 44 Newfield NY 14867

Additional Plaintiffs may be added on a separate sheet of paper.

3.  a.  Defendant:  Newfield Central School District

        Official Position:  Public School District / Employe

        Address:  247 Main Street Newfield NY 14867

b.    Defendant: _____

Official Position: _____

Address: _____

_____

_____

4.    This action is brought pursuant to:

[✔] Title VII of the Civil Rights Act of 1964, as amended, codified at 42 U.S.C. § 2000e *et seq.,* and the Civil Rights Act of 1991, for employment discrimination based on race, color, religion, sex or national origin.

[ ] Pregnancy Discrimination Act of 1978, codified at 42 U.S.C. § 2000e(k), as amended, Civil Rights Act of 1964, and the Civil Rights Act of 1991, for employment discrimination based on pregnancy.

5.    Venue is invoked pursuant to 28 U.S.C. s 1391.

6.    Defendant's conduct is discriminatory with respect to the following (check all that apply):

(A)  [✔]  My race or color.
(B)  [ ]  My religion.
(C)  [✔]  My sex (or sexual harassment).
(D)  [ ]  My national origin.
(E)  [ ]  My pregnancy.
(F)  [ ]  Other: _____.

7.    The conduct complained of in this action involves:

(A)  [ ]  Failure to employ.
(B)  [✔]  Termination of employment.
(C)  [ ]  Failure to promote.
(D)  [✔]  Unequal terms and conditions of employment.
(E)  [ ]  Reduction in wages.
(F)  [✔]  Retaliation.
(G)  [ ]  Other acts as specified below:

_____

_____

8.                                    **FACTS**

Set forth the facts of your case which substantiate your claims.  List the events in the order they happened, naming defendants involved, dates and places.

**Note: You must include allegations of wrongful conduct as to EACH and EVERY defendant in your complaint.** (You may use additional sheets as necessary).

Plaintiff, Donna Boyce, was employed by Defendant, Newfield Central School District,

On April 24, 2025, Defendant terminated Plaintiff's employment.

During her employment, Plaintiff was subjected to discriminatory treatment by Defenda

Plaintiff was treated differently than similarly situated employees outside her protected

Plaintiff raised concerns regarding discriminatory and improper conduct within the Dist

Following Plaintiff's protected activity, Defendant subjected Plaintiff to adverse employ

On or about [insert termination date], Defendant terminated Plaintiff's employment.

The reasons provided by Defendant for Plaintiff's termination were inconsistent and pr

Defendant's actions were intentional and in violation of Title VII.

9.                             **CAUSES OF ACTION**

**Note: You must clearly state each cause of action you assert in this lawsuit.**

**FIRST CAUSE OF ACTION**

Title VII – Discriminatory Termination

Termination of Plaintiff's employment based on protected status in violation of 42 U.S.

## SECOND CAUSE OF ACTION

Title VII – Retaliation

Retaliation for engaging in protected activity in violation of 42 U.S.C. § 2000e-3(a)

## THIRD CAUSE OF ACTION

Title VII – Unequal Terms and Conditions

Hostile work environment based on protected status.

10.    I filed charges with the New York State Division on Human Rights, the New York City Commission on Human Rights or Equal Employment Opportunity Commission regarding the alleged discriminatory acts on or about:

12-3-2025

(Provide Date)

11.    The Equal Employment Opportunity Commission issued a Notice-of-Right-to-Sue letter (**copy attached)** which was received by me on or about:

12-18-2025

(Provide Date)

12.    The plaintiff is an employee within the meaning of 42 U.S.C. § 2000e(f).

13.    The defendant(s) is (are) an employer, employment agency, or labor organization within the meaning of 42 U.S.C. § 2000e(b), (c), or (d).

14.    The defendant(s) is (are) engaged in commerce within the meaning of 42 U.S.C. § 2000e(g).

15.    **PRAYER FOR RELIEF**

**WHEREFORE,** plaintiff(s) request(s) that this Court grant the following relief:

Back pay and front pay;

Compensatory damages for emotional distress;

Punitive damages as permitted by law;

Restoration of lost wages and benefits;  Costs of this action; Trial by jury;

I declare under penalty of perjury that the foregoing is true and correct.

DATED: _____2-20-2026_____

Signature of Plaintiff(s)
(all Plaintiffs must sign)

02/2010